UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRISTOPHER M SCALES,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>JEFFREY A UTTECHT.<br><br>　　　　　　Respondent. | CASE NO. C12-5082-RJB-JRC<br><br>ORDER GRANTING IN FORMA PAUPERIS STATUS |

The petitioner in this action is seeking a habeas corpus relief from a state conviction and sentence. He is entitled to in forma pauperis status. This case has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636 (b) (1) (A) and (B) and Local Magistrate Judge Rules MJR 3 and MJR 4.

Petitioner's application for leave to proceed in forma pauperis, (ECF No. 1, 3, and 4), is **GRANTED**. Petitioner does not appear to have access to funds to afford the $5.00 filing fee.

The Clerk is directed to mail a copy of this Order to petitioner.

Dated this 13th day of February 2012.

　　　　　　　　　　　　　　　　　　　/s/ J. Richard Creatura
　　　　　　　　　　　　　　　　　　　J. Richard Creatura
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER GRANTING IN FORMA PAUPERIS
STATUS - 1